AO 442 (Rev. 11/11) Arrest Warrant  AUSA Kelley

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Samuel Griffith<br>*Defendant* | )<br>) Case No. 2:25-mj-620<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Samuel Griffith,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Possession of a Firearm or Ammunition by a Prohibited Person (1 count)
Distribution and Possession with Intent to Distribute Controlled Subtsances (1 count)

Date: October 31, 2025

City and state: Newark, OH

*Elizabeth A. Preston Deavers*
United States Magistrate Judge

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Samuel Aaron Griffith
Known aliases: Country
Last known residence: 552 Princeton St, Ashville, OH 43103
Prior addresses to which defendant/offender may still have ties: Unknown

Last known employment: Unknown
Last known telephone numbers: 614-353-9162
Place of birth: Ohio
Date of birth: 08/20/1990
Social Security number: 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
Height: 6'04"   Weight: 250
Sex: Male   Race: White
Hair: Bald   Eyes: Hazel
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use: Felony convictions - (Robbery-, F2-2009); Aggravated Possession of Drugs, F3-2020); (WUD, F3-2020)
Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 524514DD2
Complete description of auto: None

Investigative agency and address: Bureau of ATF - 230 West Street, Suite 300, Columbus, Ohio 43215

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: